MULCAHY LAW FIRM, P.C.
3001 EAST CAMELBACK, SUITE 130
PHOENIX, ARIZONA 85016
(602) 241-1093 PHONE / (602) 264-4663 FAX
E-MAIL: bmulcahy@mulcahylaw.net

Beth Mulcahy #017005
Kristen L. Rosenbeck #021997
Laura Mensah #025029
*Attorneys for Las Casas Residence Association, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>Cheryl A. Reeves,<br><br>    Debtor,<br>──────────────────────<br>LAS CASAS RESIDENCE ASSOCIATION, INC.,<br><br>    Movant,<br><br>CHERYL A. REEVES, Debtor,<br>RUSSELL A. BROWN, Trustee,<br><br>    Respondent(s). | Case No. 2:04-bk-20361-GBN<br><br>**CHAPTER 7**<br><br>**MOVANT'S LIST OF WITNESSES AND EXHIBITS FOR HEARING TO LIFT BANKRUPTCY STAY**<br><br>Property Description: Lot 27, The Casas (address: 2815 N. 61st Street, Scottsdale, AZ) |

**HERE COMES NOW**, Las Casas Residence Association, Inc., Movant, who applied to the Court for an order modifying the stay provided by 11 U.S.C. § 362 and other stays against lien enforcement with respect to the property described below, and proceeds as necessary to protect the Association's interest in the property. Movant hereby submits is Initial Disclosure of Witnesses and Exhibits for the scheduled preliminary hearing regarding Movant's Motion for the Relief from the Automatic Stay (related to docket #86) set for June 29, 2009 at 1:15 p.m.

**I.    WITNESSES**

    **1.    Cheryl Reeves**
           **c/o Dean William O'Connor, Esq.**
           **Sallquist, Drummond & O'Connor, P.C.**
           **1430 E. Missouri Ave., #b-125**
           **Phoenix, AZ 85014**

2. **Board of Directors for Las Casas Residence Association, Inc.**
   **c/o Mulcahy Law Firm, P.C.**
   **3001 East Camelback Road, Suite 130**
   **Phoenix, Arizona 85016**

   **Calvin Lockhart**
   **Mary Patricia Beckwith**
   **Patricia Nichols**
   **Mike Melby**

**II.    TANGIBLE EVIDENCE**

1. Declaration of Covenants, Conditions & Restrictions for Alta Mesa Community Association, Inc. recorded at Docket No. 9450, Page 751 and an Addendum as Docket No. 15797, page 1174, in the Maricopa County Recorder's Office.

2. Deed

   a. Quit Claim Deed for Lot 27 recorded in Document No. 2001-0113226, official records of Maricopa County, Arizona.

   b. Warranty Deed for Lot 27 recorded in Document No. 2001-0060533, official records of Maricopa County, Arizona.

   c. Warranty Deed for Lot 27 recorded in Document No. 1998-0901443, official records of Maricopa County, Arizona.

3. Notice and Claim of Lien recorded on November 9, 2004, as Document Number: 2004-1313684.

4. Pre-Petition ledger for Lot 27.

5. Post-Petition ledger for Lot 27 (to be updated at the time of trial).

6. Disclosure Paperwork for Lot 27

7. Other evidence identified by the Movant.

**DATED** this 15th day of June, 2009.

                                          **MULCAHY LAW FIRM, P.C.**

                                          /s/ Kristen L. Rosenbeck, SBN 021997
                                          _____
                                          Kristen L. Rosenbeck
                                          Attorneys for Las Casas Residence
                                          Association, Inc.

**ORIGINAL** of the foregoing electronically
filed this 15th day of June, 2009, with:

Clerk of the Court
United States Bankruptcy Court

**COPY** of the foregoing mailed
this 15th day of June, 2009, to:

Cheryl A. Reeves
P.O. Box 8386
Scottsdale, AZ 85252

Cheryl A. Reeves
c/o Dean William O'Connor, Esq.
Sallquist, Drummond & O'Connor, P.C.
1430 E. Missouri Ave., #b-125
Phoenix, AZ 85014

Russell A. Brown, Trustee
P.O. Box 33970
Phoenix, Arizona 85067-3970

ABN Ambro Mortgage Group, Inc.
c/o Joesphine E. Piranio, Esq.
Pite Duncan & Milmet LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289

Maricopa County Treasurer
301 W. Jefferson, Suite 100
Phoenix, AZ 85003

    /s/ Marjorie Schnell
By _____