# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** CHERYL A. REEVES
**Case Number:** 2:04-bk-20361-GBN  **Chapter:** 13
**Date / Time / Room:** MONDAY, JUNE 29, 2009 01:15 PM  7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY LAS CASAS RESIDENCE ASSOCIATION, INC.

**R / M #:** 86 / 0

## Appearances:

DEAN WILLIAM O'CONNOR, ATTORNEY FOR CHERYL A. REEVES
KRISTEN ROSENBECK, ATTORNEY FOR MOVANT

## Proceedings:

IT IS NOTED THAT IF THE MOTION IS GRANTED, MR. ROSENBECK INTENDS TO PROCEED WITH FORECLOSURE.

MR. O'CONNOR RELATES THAT IT TOOK OVER TWO YEARS TO REBUILD THE UNIT AFTER A FIRE AND ADDS THAT THE CREDITOR IS OVER SECURED.  A STAY RELIEF MOTION IS ALSO SET FOR JULY 27, 2009 AT 10:30 A.M.

MS. REEVES INFORMS THE COURT THAT SHE WENT BACK TO WORK EARLY AND IS NOW RECEIVING UNEMPLOYMENT AND DISABILITY.

THE COURT:  THE STAY WILL LIFT AND THE COURT WILL NOT FIND ANYONE WRONG OR RIGHT.  IF THIS CAN BE WORKED OUT SHORT OF JUDICIAL PROCEDURE, THAT WOULD BE FINE.  MR. ROSENBECK TO DRAFT A SHORT ORDER WITH A COPY TO MR. O'CONNOR.