

MULCAHY LAW FIRM, P.C.
3001 EAST CAMELBACK, SUITE 130
PHOENIX, ARIZONA 85016
(602) 241-1093 PHONE / (602) 264-4663 FAX
E-MAIL:  bmulcahy@mulcahylaw.net

**Dated: July 02, 2009**

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

Beth Mulcahy #017005
Kristen L. Rosenbeck #021997
Laura Mensah #025029
*Attorneys for Las Casas Residence Association, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:**<br><br>**Cheryl A. Reeves,** Debtor,<br><br>**LAS CASAS RESIDENCE ASSOCIATION, INC.,** Movant,<br><br>**CHERYL A. REEVES,** Debtor,<br>**RUSSELL A. BROWN,** Trustee,<br>Respondent(s). | Case No. 2:04-bk-20361-GBN<br><br>**CHAPTER 13**<br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY AND REQUEST FOR ADEQUATE PROTECTION**<br><br>Property Description: Lot 27, The Casas (address: 2815 N. 61st Street, Scottsdale, AZ) |

Las Casas Residence Association, Inc.'s ("Movant") having filed for Relief from the Automatic Stay, a hearing been held on the merits of the Movant's Motion and Debtor/Respondents's Objection, and the Court considering the merits thereof in the above-mentioned proceeding:

**IT IS HEREBY ORDERED** that all stays and injunction imposed against the Movant under the above-mentioned bankruptcy, including automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated with respect to that certain real property which is subject to the Association's lien, further described as:

> Lot 27, of THE CASAS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 151 of Maps, Page 13.

**IT IS FURTHER ORDERED** that the Association is hereby authorized to seek personal judgment, judicially "foreclose" on its lien, conduct a Sheriff's Sale or take whatever other actions are necessary to protect its interest in the above, legally described property, in its discretion.

**IT IS FURTHER ORDERED** that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

**DATED** this \_\_\_\_ day of _____ 20\_\_\_.

_____
Honorable George B. Nielson, Jr.
Judge of the U.S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: frazierl            Page 1 of 1              Date Rcvd: Jul 06, 2009
Case: 04-20361                Form ID: pdf004           Total Noticed: 1
```

The following entities were noticed by first class mail on Jul 08, 2009.
```
db            +CHERYL A. REEVES,   PO BOX 8386,   SCOTTSDALE, AZ 85252-8386
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 08, 2009**                           Signature:   *Joseph Speetjens*