# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| Debtor: | CHERYL A. REEVES | | |
| Case Number: | 2:04-bk-20361-GBN | Chapter: | 13 |
| Date / Time / Room: | MONDAY, JULY 27, 2009 10:30 AM   7TH FLOOR #702 | | |
| Bankruptcy Judge: | GEORGE B. NIELSEN | | |
| Courtroom Clerk: | JAN HERNANDEZ | | |
| Reporter / ECR: | JO-ANN STAWARSKI | | |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.

R / M #:   83 / 0

## Appearances:

DEAN WILLIAM O'CONNOR, ATTORNEY FOR CHERYL A. REEVES
MAY LU, ATTORNEY FOR MOVANT

## Proceedings:

MS. LU INFORMS THE COURT THAT A STIPULATION WAS SENT TO THE DEBTOR'S ATTORNEY.  THE CLIENT PREFERS STAY RELIEF.

MR. O'CONNOR RELATES THAT THERE IS SIGNIFICANT EQUITY IN THE PROPERTY, ADDING THAT MS. REEVES HAS BEEN TRYING TO REFINANCE.

THE COURT:  A CONTINUED HEARING IS SET FOR SEPTEMBER 8, 2009 AT 10:00 A.M.