# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** CHERYL A. REEVES
**Case Number:** 2:04-bk-20361-GBN  **Chapter:** 13
**Date / Time / Room:** TUESDAY, SEPTEMBER 08, 2009 10:00 AM   7TH FLOOR #702
**Bankruptcy Judge:** GEORGE B. NIELSEN
**Courtroom Clerk:** JAN HERNANDEZ
**Reporter / ECR:** JO-ANN STAWARSKI

## Matter:

CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.(FR. 07-27)

**R / M #:**   83 / 0

## Appearances:

DEAN WILLIAM O'CONNOR, ATTORNEY FOR CHERYL A. REEVES, THOUGH NOT PRESENT
CHERYL A. REEVES, SPEAKS ON BEHALF OF HERSELF
MAY LU, ATTORNEY FOR MOVANT

## Proceedings:

MS. LU REPORTS THAT ANOTHER STIPULATION WAS SENT TO THE DEBTOR AND YET NOT RETURNED.

THE COURT QUESTIONS MS. REEVES ABOUT THE REFINANCING, AS HER ATTORNEY IS NOT PRESENT.

MR. REEVES EXPLAINS THAT THERE IS A SUSPENSE ACCOUNT AND THAT SHE IS STILL ATTEMPTING TO REFINANCE.  IT IS ADDED THAT WHEN A PAYMENT WAS MADE, SHE PLACED A STOP PAYMENT ON THE CHECK BECAUSE THE PAYMENT WAS NOT GOING TOWARDS HER ARREARAGE.

MS. LU CONFIRMS THAT NO FORECLOSURE HAS BEEN SET YET.

THE COURT:  THE COURT NOTES THE CONCERN AS TO THE NON-APPEARANCE OF COUNSEL.  THIS MATTER IS CONTINUED TO SEPTEMBER 24, 2009 AT 2:45 P.M.

CC:
dean@sd-law.com