**ORDERED ACCORDINGLY.**



# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: September 25, 2009

_____
**GEORGE B. NIELSEN, JR**
U.S. Bankruptcy Judge

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-06383/613222440

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Cheryl A. Reeves<br>      Debtors.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>  vs.<br><br>Cheryl A. Reeves, Debtors; Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:04-bk-20361-GBN<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket #83) |

This matter having come before the Court for a Preliminary Hearing on September 24, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Dean W. O'Connor, P.C., and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated January 19, 2001, and recorded on January 26,

2001 in Instrument No. 2001-0060554, in the office of the Maricopa County Recorder at wherein CitiMortgage, Inc. is the current beneficiary and Cheryl A. Reeves have an interest in, further described as:

Lot 27, of THE CASAS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 151 of Maps, Page 13.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective October 26, 2009** in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ___ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT